UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| USCOC OF GREATER MISSOURI, LLC<br>d/b/a U.S. CELLULAR,<br><br>    Plaintiff(s),<br><br>vs.<br><br>COUNTY OF FRANKLIN, MISSOURI,<br><br>    Defendant(s). | Case No. 4:07CV1426 JCH |

### ORDER OF DISMISSAL

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's First Amended Complaint is **DISMISSED** as moot.

Dated this 26th day of May, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE